IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM S. VANCE :

v. : CIVIL ACTION NO. MJG-00-654

BALTIMORE MARINE INDUSTRIES, :
   INC., et al.

### ORDER

On March 8, 2000 defendants paid the $150.00 filing fee and removed the above-captioned case to this Court. On April 26, 2000, the Honorable Marvin J. Garbis signed an Order granting plaintiff's motion for voluntary dismissal (*See* Paper Nos. 12 and 13). On May 3, 2000 defendants filed a timely Bill of Cost request seeking reimbursement of the filing fee. (*See* Paper No. 14). Such reimbursement is permitted pursuant to 28 U.S.C. § 1920.[1]

Accordingly, costs are hereby awarded in favor of defendants and against plaintiff in the amount of $150.00. The Clerk of Court shall docket and mail copies of this Order to all the parties.

Dated this 8th day of May, 2000.

Felicia C. Cannon
Clerk of Court

---

[1]   *See also* **McGuigan v. CAE Link Corp.**, 155 F.R.D. 31 (N.D.N.Y 1994).

